UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS ALBERTO DELARCA-AVILA,

            Petitioner,

       v.

BONDI *et al.*,

            Respondents.

No. 26-cv-543

DECLARATION OF
DEPORTATION OFFICER
PATRICK HEEREY

Pursuant to 28 U.S.C. § 1746, I, Patrick Heerey, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a Deportation Officer ("(DO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this position since June 2009.

2.      I have prepared this declaration at the request of the U.S. Attorney's Office for the Eastern District of New York, in connection with a Petition for Writ of Habeas Corpus filed by the petitioner, Carlos Alberto Delarca-Avila ("Petitioner"). Petitioner has been assigned the following Alien Number: A 216-313-874. The following representations are based on my review of ICE electronic records and databases, consultation with my colleagues, documentation relating to Petitioner maintained in the ordinary course of business, and my own personal recollection.

3.      Petitioner acknowledges that he is a native and citizen of Honduras, who entered the unlawfully United States and was not encountered by DHS. *See* Scheduling Order Response: Written Pleadings, dated July 27, 2021 (Written Pleadings), filed with the New York Varick Immigration Court on Petitioner's behalf, a true and correct copy of which is attached hereto as Exh. A, at p. 7; Petition (Docket Entry (DE) 1, ¶ 1.

4.    On March 31, 2017, Petitioner filed an asylum application with DHS component U.S. Citizenship and Immigration Services (USCIS). *See* Petition, ¶ 3.

5.    On February 5, 2021, USCIS did not find that application approvable and thus referred the application to the Executive Office of Immigration Review (EOIR) with the service of a Notice to Appear (NTA). *See* Petition, ¶ 3. The NTA charged Petitioner as removable pursuant to Immigration and Nationality Act ("INA") § 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General. A true and correct copy of the NTA issued on February 5, 2021, is attached hereto as Exh. B.

6.    Petitioner, through counsel, submitted written pleadings, conceding removability on July 27, 2021. *See* Exh. A.

7.    On or about September 14, 2021, Petitioner filed a form I-589, Application for Asylum and Withholding of Removal and a form EOIR 42B, Application for Cancellation of Removal for Non-Permanent Residents with EOIR. *See* Petition, ¶¶ 3-4. Both applications remain pending. *Id.*

8.    Prior to his detention by ICE, Petitioner had a calendar hearing scheduled for April 16, 2026. *Id.*, ¶ 5.

9.    On January 30, 2026, Petitioner was encountered by Immigration Officers in Bay Shore, New York. At approximately 1045hrs, officers approached the subject and asked if he would be willing to speak with officers, to which he agreed. Officers asked for ID and Petitioner provided a USCIS-issued Employment Authorization Document (EAD) bearing the name and Alien Number above. Record checks showed that Petitioner has no lawful status in the United States.

10.     The I-200 Warrant for Arrest of Alien was issued that day, and he was taken into custody pursuant to that Warrant for Arrest. *See* I-200 Warrant for Arrest of Alien, dated January 30, 2026,, a true and correct copy of which is attached hereto as Exh. C.

11.     ICE officers took Petitioner into custody under INA § 235(b), 8 U.S.C. § 1225(b)(2)(A) and brought him to the ICE office at 535 Federal Plaza in Central Islip. During processing, Immigration Officers served Petitioner with the I-200 Warrant for Arrest of Alien, Notice of Rights for Central Islip Hold Room, Consular Notification, Notice of Fee Assessment, Online Detainee Locator and a List of Pro Bono Legal Services. *See* Exh. C; *see* Notice of Rights for Central Islip Hold Room, Consular Notification, Notice of Fee Assessment, Online Detainee Locator and List of Pro Bono Legal Services, true and correct copies of which are attached hereto as Exh, D.

12.     At approximately 1810hrs on January 30, 2026, Petitioner was transferred to the Nassau County Correction Center where he remained detained until February 2, 2026.

13.     On February 2, 2026 at approximately 1500hrs, Petitioner was transferred to the holding cell at 26 Federal Plaza in Manhattan.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
this 2nd day of February, 2026.

PATRICK J HEEREY
Digitally signed by
PATRICK J HEEREY
Date: 2026.02.02
16:45:42 -05'00'

Patrick Heerey
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security