# EXHIBIT A

















# EXHIBIT B

Department of Homeland Security
## Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No: A216313874

In the Matter of:

Respondent: _____ CARLOS ALBERTO DELARCA AVILA _____ currently residing at:

89 NEW HAMPSHIRE AVENUE, BAY SHORE, NY 11706                        941-448-0536
_____(Number, street, city and ZIP code)_____        _____(Area code and phone number)_____

[ ] 1. You are an arriving alien.
[X] 2. You are an alien present in the United States who has not been admitted or paroled.
[ ] 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States.
2. You are a native of Honduras and a citizen of Honduras.
3. You entered the United States at or near unknown POE on or about unknown DOE.
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, as an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

[ ]   This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
[ ]   Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30   [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

201 VARICK ST., 5TH FL RM 507 NEW YORK, NY 10014
_____
(Complete Address of Immigration Court, including Room Number, if any)

on March 8 2021      at   8 30 am      to show why you should not be removed from the United States based on the
___(Date)___            ___(Time)___

charge(s) set forth above.      _____James Cohen J. Colman, Acting Supervisory Asylum officer___
                               (Signature and Title of Issuing Officer) (Sign in ink)

Date: January 26, 2021      Bethpage NY
                            _____
                            (City and State)

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

**Request for Prompt Hearing**

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office of Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
(Signature of Respondent) (Sign in ink)

_____          Date: _____
(Signature and Title of Immigration Officer) (Sign in ink)

**Certificate of Service**

This Notice To Appear was served on the respondent by me on **FEB - 5 2021** , in the following manner and in compliance with section 239(a)(1) of the Act.

[ ] In person    [ ] by certified mail, returned receipt # _____ requested    [X] by regular mail
[ ] Attached is a credible fear worksheet.
[X] Attached is a list of organization and attorneys which provide free legal services.
The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____          _____
(Signature of Respondent if Personally Served) (Sign in ink)      (Signature and Title of Officer) (Sign in ink)

DHS Form I-862 (2/20)                                                                                    Page 2 of 3

# Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at **https://www.dhs.gov/system-records-notices-sorns**. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at **https://www.justice.gov/opcl/doj-systems-records**. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

# EXHIBIT C



# EXHIBIT D

Notice of Rights for Central Islip Hold Room.

(a)    To call family, friends, or attorneys.

(b)    To have confidential, unmonitored, unrecorded, temporally unrestricted, and free telephone calls.

(c)    To schedule legal calls with counsel within 3 hours of a request made.

(d)    To request and, promptly upon request, to be provided without charge with clean clothing and with a private area for the purpose of changing clothing.

(e)    To request and - if sufficient requested materials are not available in the Hold Room - promptly to be provided without charge wet-wipes, towels, toilet paper, oral hygiene products (including toothbrushes and toothpaste) and, in the case of Hold Rooms containing one or more female Detainees, feminine hygiene supplies.

(f)    To request medical treatment.

(g)    To retain emergency inhalers in their possession at the time of arrest and to receive from officers any proscribed medication in their possession at the time of arrest in a manner proscribed while in custody upon request.

(h)    To request and, promptly upon request, to receive an additional blanket or blankets.

(i)    To request and, promptly upon request, to be provided without charge with bottled water.

(j)    To request, and promptly upon request, be provided with additional meals.













* Nonprofit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated October 2025

# NEW YORK

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2025

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Buffalo & Batavia Immigration Courts

### Buffalo & Batavia, New York (page 1 of 2)

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/
immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# or by calling (202) 442-3363
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Frank H. Hiscock Legal Aid Society\***

351 South Warren Street, Floor 3
Syracuse, NY 13202
Tel: (315) 422-8191
Mail@hlalaw.org
www.hlalaw.org

- Please call for an appointment
- Representation limited to residents of Cayuga, Cortland, Madison, Onondaga, Oswego, Clinton, Essex, Franklin, Hamilton Jefferson, Lewis, St. Lawrence, Fulton, Montgomery, Otsego, Schoharie, Herkimer, and Oneida.
- Representation of detention cases is limited to Clinton County Jail in Plattsburgh, NY

**Prisoners' Legal Services of New York, Immigration Unit\***

41 State Street, Suite M112
Albany, NY 12207
Tel: (518) 694-8699
Fax: (518) 694-4281

14 Lafayette Square, Suite 510
Buffalo, NY 14203
Tel: (716) 844-8266
Fax: (716) 854-1008

www.plsny.org

- Represents detained and non-detained individuals
- Minors and unaccompanied children residing in Upstate New York
- Handles all types of immigration cases
- Multilingual staff
- Criminal immigration expertise

**The Legal Aid Society of Rochester, NY\***

One West Main Street
Rochester, NY 14614
Tel: (585) 232-4090
Fax: (585) 232-2352
www.lasroc.org

- Assist in various immigration matters including affirmative and defensive asylum, VAWA, SIJS, Naturalization, Citizenship, Green Card renewal, and Removal Defense

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated October 2025

## Buffalo & Batavia Immigration Courts

**Buffalo & Batavia, New York (page 2 of 2)**

**Erie County Bar Association Volunteer Lawyers Project, Inc.\***

<u>Buffalo Office:</u>
438 Main Street, Suite 7
Buffalo, NY 14202
Tel: (716) 847-0662 ext. 301 (non-detained & women)

<u>Batavia Office:</u>
45 Ellicott Street, Suite 1
Batavia, NY 14020
Tel: (716) 847-0752 (men detained at BFDF)

- Representation is limited to those that fall within our funding guidelines
- Representation of detention cases is limited to Buffalo Federal Detention Facility in Batavia, NY

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers
Updated October 2025

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts

### New York, New York (page 1 of 3)

**Human Rights First\*\***

121 W 36th Street, PMB 520
New York, NY 10018
Tel: (917) 320-9601
Nyprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- Please note we do no accept walk-ins
- Languages: Spanish, French, Arabic, and others as needed

**Central American Legal Assistance (CALA)\***

240 Hooper Street
Brooklyn, NY 11211
Tel: (718) 486-6800
cala@igc.org
www.centralamericanlegal.info

- Call for appointment
- No walk-ins
- Removal defense for Central and South American asylum cases

**The Door\***

121 Avenue of the Americas
New York, NY 10013
Tel: (212) 941-9090 ext. 3280
legalhelp@door.org
www.door.org

- Services limited to individuals between the ages of 12-24 years old

**Catholic Charities Community Services, Archdiocese of New York\***

80 Maiden Lane
New York, NY 10038
Tel: (212) 419-3700
Fax: (212) 751-3197
www.cccsny.org/services/immigration-legal-services
ICHCCNY@gmail.com

- Limited to non-detained cases only
- No walk-ins
- All types of removal cases

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# or by calling (202) 442-3363
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2025

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts

### New York, New York (page 2 of 3)

**HIAS (New York)\***

1359 Broadway, Suite 810
New York, NY 10018
Tel: (212) 613-1341
www.hias.org

- Must fear return to country of origin
- Contact Legal Intake Line: (212) 613-1341 first Friday of the month only
- Languages: Spanish and Russian, other languages via interpretation Services

**Safe Horizon Immigration Law Project\***

41 Flatbush Avenue, Floor 6
Brooklyn, NY 11217
Tel: (718) 943-8632
Fax: (718) 943-8646
www.safehorizon.org

- Represents survivors of crime, violence, abuse, trafficking, and torture.
- Staff is bilingual Spanish/English with access to interpreter services for all other languages.
- Representation limited to residents of New York City (the five boroughs)
- Non-detained cases only; no walk-ins, please call to make an appointment.

**Catholic Charities of Long Island\***

143 Shleigel Blvd.
Amityville, NY 11701
Tel: (631) 789-5210
Fax: (631)789-5245
migration@catholiccharities.cc
www.catholiccharities.cc

- 26 Federal Plaza and Varick Street: Representation available for VAWA, Asylum, TPS, NACARA, Cancellation of Removal, U/T Visas, Special Immigrant Juvenile
- Languages: English, Spanish, French, Creole, Polish, and Ukrainian
- For residents of Nassau and Suffolk county

**La Victoria Foundation\***

3753 90th Street, Suite 13B
Jackson Heights, NY 11372
Tel: (347) 985-4079
recepcion@lavictoriafoundation.org
www.lavictoriafoundation.org

- Languages: Bilingual, staff speaks Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated October 2025

## New York Immigration Courts

### New York, New York (page 3 of 3)

**Catholic Migration Services***

191 Joralemon Street, 4th Floor
Brooklyn, NY 11201
Tel: (718) 236-3000
www.catholicmigration.org

47-01 Queens Blvd., Room 203
Sunnyside, NY 11104
Tel: (347) 472-3500
Fax: (347) 472-3501

- By appointment only, please call to schedule
- Non-detained cases only

**Connecticut Immigrant Center Inc.***

36 Mill Plain Road, Suite 403
Danbury, CT 06811
(203) 312-7689
info@cimmc.org
www.cimmc.org

- NYC: Removal cases, Non-detained cases only,
  Defensive Asylum, VAWA, unaccompanied minors,
  and Cancellation of Removal
- Languages: Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2025

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts Juvenile Docket

### New York, New York (page 1 of 2)

**Catholic Migration Services\***

191 Joralemon Street, 4th Floor
Brooklyn, NY 11201
Tel: (718) 236-3000
www.catholicmigration.org

47-01 Queens Blvd., Room 203
Sunnyside, NY 11104
Tel: (347) 472-3500
Fax: (347) 472-3501

- By appointment only, please call to schedule
- Non-detained cases only

**Kids In Need of Defense (KIND) - New York\***

New York Office:
252 West 37th Street, Suite 1500
New York, NY 10018
Tel: (646) 677-9900
NYreferrals@supportkind.org
www.supportkind.org

- KIND provides free legal services to unaccompanied children who live in the New York City area
- Specific counties served: Bronx, Kings, Queens, Richmond (Staten Island), New York (Manhattan), Nassau, Suffolk, Westchester
- Services are by appointment only
- Languages: English, Spanish, French. Telephonic interpretation available in all other languages

**The Legal Aid Society\***

49 Thomas Street, 5th Floor
New York, NY 10013
Tel: (212) 577-3300
www.legalaidnyc.org

- Represents those with criminal convictions and all forms of immigration relief
- Only accepting referrals for detained adults and those under 18 years old and in removal proceedings

**The Door\***

121 Avenue of the Americas
New York, NY 10013
Tel: (212) 941-9090 ext. 3280
legalhelp@door.org
www.door.org

- Services limited to individuals between the ages of 12-24 years old

**Connecticut Immigrant Center Inc.\***

36 Mill Plain Road, Suite 403
Danbury, CT 06811
(203) 312-7689
info@cimmc.org
www.cimmc.org

- NYC: Removal cases, Non-detained cases only, Defensive Asylum, VAWA, unaccompanied minors, and Cancellation of Removal
- Languages: Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Nonprofit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers    Updated October 2025
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers
## Buffalo & Batavia Immigration Courts

### Buffalo & Batavia, New York (page 1 of 2)

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# or by calling (202) 442-3363
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Frank H. Hiscock Legal Aid Society\***

351 South Warren Street, Floor 3
Syracuse, NY 13202
Tel: (315) 422-8191
Mail@hlalaw.org
www.hlalaw.org

- Please call for an appointment
- Representation limited to residents of Cayuga, Cortland, Madison, Onondaga, Oswego, Clinton, Essex, Franklin, Hamilton Jefferson, Lewis, St. Lawrence, Fulton, Montgomery, Otsego, Schoharie, Herkimer, and Oneida.
- Representation of detention cases is limited to Clinton County Jail in Plattsburgh, NY

**Prisoners' Legal Services of New York, Immigration Unit\***

41 State Street, Suite M112
Albany, NY 12207
Tel: (518) 694-8699
Fax: (518) 694-4281

14 Lafayette Square, Suite 510
Buffalo, NY 14203
Tel: (716) 844-8266
Fax: (716) 854-1008

www.plsny.org

- Represents detained and non-detained individuals
- Minors and unaccompanied children residing in Upstate New York
- Handles all types of immigration cases
- Multilingual staff
- Criminal immigration expertise

**The Legal Aid Society of Rochester, NY\***

One West Main Street
Rochester, NY 14614
Tel: (585) 232-4090
Fax: (585) 232-2352
www.lasroc.org

- Assist in various immigration matters including affirmative and defensive asylum, VAWA, SIJS, Naturalization, Citizenship, Green Card renewal, and Removal Defense

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated October 2025

## Buffalo & Batavia Immigration Courts

### Buffalo & Batavia, New York (page 2 of 2)

**Erie County Bar Association Volunteer Lawyers Project, Inc.***

<u>Buffalo Office:</u>
438 Main Street, Suite 7
Buffalo, NY 14202
Tel: (716) 847-0662 ext. 301 (non-detained & women)

<u>Batavia Office:</u>
45 Ellicott Street, Suite 1
Batavia, NY 14020
Tel: (716) 847-0752 (men detained at BFDF)

- Representation is limited to those that fall within our funding guidelines
- Representation of detention cases is limited to Buffalo Federal Detention Facility in Batavia, NY

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2025

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts

### New York, New York (page 1 of 3)

**Human Rights First\*\***

121 W 36th Street, PMB 520
New York, NY 10018
Tel: (917) 320-9601
Nyprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- Please note we do no accept walk-ins
- Languages: Spanish, French, Arabic, and others as needed

**Central American Legal Assistance (CALA)\***

240 Hooper Street
Brooklyn, NY 11211
Tel: (718) 486-6800
cala@igc.org
www.centralamericanlegal.info

- Call for appointment
- No walk-ins
- Removal defense for Central and South American asylum cases

**The Door\***

121 Avenue of the Americas
New York, NY 10013
Tel: (212) 941-9090 ext. 3280
legalhelp@door.org
www.door.org

- Services limited to individuals between the ages of 12-24 years old

**Catholic Charities Community Services, Archdiocese of New York\***

80 Maiden Lane
New York, NY 10038
Tel: (212) 419-3700
Fax: (212) 751-3197
www.cccsny.org/services/immigration-legal-services
ICHCCNY@gmail.com

- Limited to non-detained cases only
- No walk-ins
- All types of removal cases

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# or by calling (202) 442-3363
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\** Referral Service
\*** Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts

Updated October 2025

### New York, New York (page 2 of 3)

**HIAS (New York)\***

1359 Broadway, Suite 810
New York, NY 10018
Tel: (212) 613-1341
www.hias.org

- Must fear return to country of origin
- Contact Legal Intake Line: (212) 613-1341 first Friday of the month only
- Languages: Spanish and Russian, other languages via interpretation Services

**Safe Horizon Immigration Law Project\***

41 Flatbush Avenue, Floor 6
Brooklyn, NY 11217
Tel: (718) 943-8632
Fax: (718) 943-8646
www.safehorizon.org

- Represents survivors of crime, violence, abuse, trafficking, and torture.
- Staff is bilingual Spanish/English with access to interpreter services for all other languages.
- Representation limited to residents of New York City (the five boroughs)
- Non-detained cases only; no walk-ins, please call to make an appointment.

**Catholic Charities of Long Island\***

143 Shleigel Blvd.
Amityville, NY 11701
Tel: (631) 789-5210
Fax: (631)789-5245
migration@catholiccharities.cc
www.catholiccharities.cc

- 26 Federal Plaza and Varick Street: Representation available for VAWA, Asylum, TPS, NACARA, Cancellation of Removal, U/T Visas, Special Immigrant Juvenile
- Languages: English, Spanish, French, Creole, Polish, and Ukrainian
- For residents of Nassau and Suffolk county

**La Victoria Foundation\***

3753 90th Street, Suite 13B
Jackson Heights, NY 11372
Tel: (347) 985-4079
recepcion@lavictoriafoundation.org
www.lavictoriafoundation.org

- Languages: Bilingual, staff speaks Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Nonprofit Organization
\*\* Referral Service
\*\*\* Private Attorney

## List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated October 2025

### New York Immigration Courts

**New York, New York (page 3 of 3)**

**Catholic Migration Services\***

191 Joralemon Street, 4th Floor
Brooklyn, NY 11201
Tel: (718) 236-3000
www.catholicmigration.org

47-01 Queens Blvd., Room 203
Sunnyside, NY 11104
Tel: (347) 472-3500
Fax: (347) 472-3501

- By appointment only, please call to schedule
- Non-detained cases only

**Connecticut Immigrant Center Inc.\***

36 Mill Plain Road, Suite 403
Danbury, CT 06811
(203) 312-7689
info@cimmc.org
www.cimmc.org

- NYC: Removal cases, Non-detained cases only,
  Defensive Asylum, VAWA, unaccompanied minors,
  and Cancellation of Removal
- Languages: Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Nonprofit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated October 2025

## New York Immigration Courts Juvenile Docket

### New York, New York (page 1 of 2)

**Catholic Migration Services***

191 Joralemon Street, 4th Floor
Brooklyn, NY 11201
Tel: (718) 236-3000
www.catholicmigration.org

47-01 Queens Blvd., Room 203
Sunnyside, NY 11104
Tel: (347) 472-3500
Fax: (347) 472-3501

- By appointment only, please call to schedule
- Non-detained cases only

**Kids In Need of Defense (KIND) - New York***

New York Office:
252 West 37th Street, Suite 1500
New York, NY 10018
Tel: (646) 677-9900
NYreferrals@supportkind.org
www.supportkind.org

- KIND provides free legal services to unaccompanied children who live in the New York City area
- Specific counties served: Bronx, Kings, Queens, Richmond (Staten Island), New York (Manhattan), Nassau, Suffolk, Westchester
- Services are by appointment only
- Languages: English, Spanish, French. Telephonic interpretation available in all other languages

**The Legal Aid Society***

49 Thomas Street, 5th Floor
New York, NY 10013
Tel: (212) 577-3300
www.legalaidnyc.org

- Represents those with criminal convictions and all forms of immigration relief
- Only accepting referrals for detained adults and those under 18 years old and in removal proceedings

**The Door***

121 Avenue of the Americas
New York, NY 10013
Tel: (212) 941-9090 ext. 3280
legalhelp@door.org
www.door.org

- Services limited to individuals between the ages of 12-24 years old

**Connecticut Immigrant Center Inc.***

36 Mill Plain Road, Suite 403
Danbury, CT 06811
(203) 312-7689
info@cimmc.org
www.cimmc.org

- NYC: Removal cases, Non-detained cases only, Defensive Asylum, VAWA, unaccompanied minors, and Cancellation of Removal
- Languages: Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated October 2025

## New York Immigration Courts Juvenile Docket

### New York, New York (page 2 of 2)

| Catholic Charities Community Services, Archdiocese of New York* | Immigrant Children Advocates' Relief Effort (ICARE)** |
|---|---|
| 80 Maiden Lane, 13th Floor<br>New York, NY 10038<br>Tel: (212) 419-3700<br>Fax: (212) 751-3197<br>www.catholiccharitiesny.org<br>immigration.services@archny.org<br><br>• Non-detained cases only<br>• All types of removal cases<br>• Languages: interpretation available in all languages | legalhelp@icarecoalition.org<br>www.icarecoalition.org/getlegalhelp<br><br>• ICARE connects young immigrants facing deportation in NYC with free lawyers<br>• Complete the form on our website if you meet the following: you entered the US as an unaccompanied minor, currently reside in NYC, and are in deportation proceedings or were in an ORR shelter<br>• Non-detained cases only<br>• Languages: interpretation available in all languages |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Nonprofit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated October 2025

## Ulster Immigration Court

### Napanoch, New York

| ABA Commission on Immigration Detention Information Hotline** | Prisoners' Legal Services of New York, Immigration Unit* |
|---|---|
| 1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/ | 41 State Street, Suite M112<br>Albany, NY 12207<br>Tel: (518) 694-8699<br>Fax: (518) 694-4281<br>www.plsny.org |
| • Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# or by calling (202) 442-3363<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | • Handles all types of immigration cases<br>• Multilingual staff<br>• Criminal immigration expertise |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.